In The United States Bankruptcy Court
Northern District Of Illinois
Eastern Division

Amended Page Official Form 103A (Application For Individuals to Pay the Filing Fee in installments — 12/15

MARQUITA M. PALMER
DEBTOR 1

CASE # 17 B 36635

1. CHAPTER 13

☒ (Amended 01-08-18)

2. Debtor Propose to Pay (On or Before this date)

— $105.00    12-11-2017
— $105.00    01-17-2018    (installment dates)
— $50.00     02-11-2018
— $50.00     03-17-2018

X Marquita M. Palmer (PRO SE)
   DEBTOR
X 01-08-2018

(Pg. 1 of 1)

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JAN 23 2018

JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

US Mailed for Filing 7th Floor File Clerk US Bankruptcy Court Clerk Amended Fee Page.