FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
FEB - 2 2018
JEFFREY P. ALLSTEADT, CLERK
INTAKE 4

IN The United States Bankruptcy Court
Northern District of Illinois
Eastern Division

IN Re: MARQUITA PALMER
        DEBTOR

CASE NO. 17B36635
Courtroom 742
Chapter 13
Judge Doyle

Amended page Official Form 103A (Application For Individuals To Pay The Filing Fee In Installments 12/15;

MARQUITA M. PALMER
              DEBTOR 1

Case # 17B36635

1. Chapter 13

2. Debtor Propose to pay
   — $35.00
   — $35.00
   — $35.00
   — 205.00

☒ Amended 01-29-2018
(On or Before this date)

~~02-01-2018~~   02-11-2018
~~03-01-2018~~   03-17-2018
~~04-01-2018~~   04-11-2018
~~05-01~~        05-17-2018

MP.
01-29-18.

X Marquita M. Palmer (Pro se)
              Debtor
X 01-29-2018

(Pg. 1 of 1)

                        And
ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS
(Official Form 103A)

☐ Installments on Terms Proposed.

☐ Fee paid according to following terms.

_____                By Court US Bankruptcy Judge
   Date
                               (Pg. 1 of 1)

Attachment 12/18/2017 with filing previously 12/11/2017.

IN The US BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN Re: MARQUITA PALMER,
Debtor

CASE NO. 17-B 36635
CHAPTER 13
COURTROOM 742
Judge DOYLE

Added Pages For Petition filed 12/11/2017 —
(SECTION/PART/NUMBER)
✓ PART TWO, NUMBER NINE, PAGE THREE List BANKRUPTCY Petitions filed (CASES filed) within Eight years (AS Follows): 1. 12 B01001, 2- 14B 13011, 3. 14B 37229 (ON PRIOR Sheet), AND 13-49394, 10-20654, 05-24725, 06-02795, 08-34400, 06-10087, AND 17-36635 Filed 12/11/2017 — ALL ON COURT DOCKET
219 South DEARBORN street, 7th Floor, Chicago, Illinois 60604 (NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION).

MP 12/18/17

PREPARED BY: DEBTOR PROSE
MARQUITA PALMER
7415 S. INDIANA AV
Chicago, Illinois 60619
NO PHONE, USE MAIL ONLY

x Marquita M. Palmer (PROSE)
    DEBTOR
x 12/18/2017

( Pg. 1 of 1 )

Attachment 12/18/2017 with filing previously 12/11/2017.

IN THE US BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN Re: MARQUITA PALMER,
Debtor

CASE NO. 17-B 36635
CHAPTER 13
COURTROOM 742
Judge DOYLE

Added pages for Petition filed 12/11/2017 —
(Section/Part/Number)
✓ PART TWO, NUMBER NINE, PAGE THREE List Bankruptcy petitions filed (cases filed) within Eight years (as follows):
1. 12 B01001, 2 - 14B 13011, 3. 14B 37229 (ON PRIOR Sheet), AND 13- 49394, 10-20654, 05-24725, 06-02795, 08- ~~23900~~ 34400, 06-10087, AND 17-36635 Filed 12/11/2017 — ALL ON Court Docket 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604 (Northern District of Illinois, Eastern Division).

MP 12/18/17

Prepared By: Debtor Prose
MARQUITA PALMER
7415 S. Indiana Av
Chicago, Illinois 60619
No Phone, Use Mail Only

x Marquita M. Palmer (Prose)
   Debtor
x 12/18/2017

(Pg. 1 of 1)

Attachment 12/18/2017 with filing previously 12/11/2017.

IN THE US BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: MARQUITA PALMER,
DEBTOR

CASE NO. 17-B 36635
CHAPTER 13
COURTROOM 742
JUDGE DOYLE

Added pages for Petition filed 12/11/2017 —
(SECTION/PART/NUMBER)
✓ PART TWO, NUMBER NINE, PAGE THREE List Bankruptcy petitions
filed (cases filed) within Eight Years (as follows):
1. 12 B 01001, 2- 14 B 13011, 3. 14 B 37229 (ON PRIOR
Sheet), AND 13- 49394, 10-20654, 05-24725,
06-02795, 08- ~~37900~~ 34400, 06-10087, AND 17-
36635 filed 12/11/2017 — ALL ON COURT DOCKET
219 South Dearborn Street, 7th Floor, Chicago, Illinois
60604 (Northern District of Illinois, Eastern Division).

MP 12/18/17

PREPARED BY: DEBTOR PROSE
MARQUITA PALMER
7415 S. INDIANA AV
Chicago, Illinois 60619
No Phone, use Mail Only

x _Marquita M. Palmer (PROSE)_
         DEBTOR
x  12/18/2017

( Pg. 1 OF 1)

Attachment 12/18/2017 (with filing 12/11/2017)

IN THE US BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN Re: MARQUITA PALMER,
        DEBTOR

CASE NO. 17-B-36635
CHAPTER 13
COURTROOM 742
Judge DOYLE

Additional pages for petition filed 12/11/2017 — (SECTION/PART/NUMBER)
ON Schedules E/F CREDITORS who have UNSECURED CLAIMS PART 2 - 4.1 [ALL NON-PRIORITY CREDITORS AS Follows (List)]: (List of creditors):
- Reeder Heating & Cooling
- Zenith Acquisition
- DOCTOR DONNA BARBEREE PERRY/CRS Collections for/of
- MARATHON GAS #2
- Guitar Center
- The ZONE Store
- ZEE'S DOLLAR STORE
- Associated Recovery Systems — TOTAL is 39 ALL Listed PAGES FOR TOTAL OF CREDITORS FOR this Petition 17B_36635. (Refiled 12/11/2017 dated).

Note to Creditors see Docket since 2005 year for Claims & Information.

PREPARED BY: DEBTOR PROSE
MARQUITA M. PALMER
7415 S. INDIANA AV
CHICAGO, IL 60619
NO PHONE, MAIL USES ONLY

x Marquita M. Palmer (Prose)
                              DEBTOR
x 12/18/2017

(Pg. 1 OF 1)

*Additional page(s) Amended Form 106 E/F 12/18/2017*

In the US Bankruptcy Court
Northern District of Illinois
Eastern Division

In Re: Marquita Palmer,
Debtor

Case No. 17 B 36635
Chapter 13
Courtroom 742
Judge Doyle

(Non-Priority Unsecured Claims Continuation pages)
As follows: Page one of Five

4.3 Associated Recovery Systems, PO Box 499046, Escondido, CA 92046-9046 (for CitiCards) CitiBank Mastercards

Acct No. (None)
2005 Year    $1.00
☒ Consumer

☒ Debtor 1 Only

4.8 City of Chicago Dept. of Water Management, 333 S. State Street, 3rd Fl. Chicago, IL 60604-3965

Acct No. -(114329)
2005 Year    $1.00
☒ Consumer

☒ Debtor 1 Only

4.10 ComEd 3 Lincoln Center, Bankruptcy Dept, Oak Brook, IL 60181- And ComEd of Chicago Correspondence, PO Box 87522, Chicago, IL 60680 (Legal Department ~~~~~~~~~)

Acct No. -(7020)
2005 Year    $1.00
☒ Consumer

MP 12/18/2017

☒ Debtor 1 Only

4.8 Chicago Public Library 7901 S. King Drive, Chicago, IL 60619 (Downtown Office Accounts)

Acct No.
2005 Year    $1.00
☒ Consumer

☒ Debtor 1 Only

(1)

Additional pages Amended Form 106 E/F 12/18/2017

IN The US BANKRUPTCY Court
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN Re: MARQUITA PALMER, DEBTOR

CASE NO. 17 B 36635
CHAPTER 13
COURTROOM 742
Judge DOYLE

(NONPRIORITY UNSECURED CLAIMS CONTINUATION PAGES)
AS FOLLOWS: PAGE two OF Five

MP 12/18/2017

**4.11** COUNTY TREASURER, 118 N. CLARK, c/o Redemption 434 AND 212 Room #, Chicago, IL 60602-1413 (REAL ESTATE)
☒ DEBTOR 1 ONLY

Acct. NO. TX. id # $1.00 $2.00
(20-27-420-050-0000) 2005 YEAR (AND)
(20-27-419-007-0000) YEAR 2016
☒ CONSUMER

**4.12** CURRENCY EXCHANGE/Western UNION, 345 E. 75th Street, 1st Floor Chicago, Illinois 60619 - c/o Yvonne ARNOLD (Employee (EXC)).
☒ DEBTOR 1 ONLY

2005 YEAR     $1.00
☒ CONSUMER

**4.13** DAVID JONES
6730 South OGLESBY, Chicago, IL 60649 & 7337 South Shore Drive, Apt. 1224, Chicago, IL 60649
☒ DEBTOR 1 ONLY

Acct No. (None)    $1.00
2005 YEAR
☒ CONSUMER

**4.14** Discount meats And Produce, 533 E. 79th Street, Chicago, IL 60620 (c/o Ali)
☒ DEBTOR 1 ONLY

Acct. No. (None)   $1.00
2005 YEAR
☒ CONSUMER

MP 12/18/2017

(2)

*Additional pages) Amended off Form 106 F/F 12/18/2017*

In the US Bankruptcy Court
Northern District of Illinois
Eastern Division

In Re: MARQUITA PALMER,
    DEBTOR

Case No. 17 B 36635
Chapter 13
Courtroom 742
Judge Doyle

(Nonpriority Unsecured Claims Continuation Pages)
(As Follows: Page Three of Five

**4.15** Doctor Donna Barberee Perry/ CRS Collections Agency, 1550 Old Henderson (Hendersen) Road, Columbus, Ohio 43220

Acct.#(None)  $1.00
2005 Year
☒ Consumer

☒ Debtor 1 Only

**4.16** Dunbar Plumbing Services - Angelo Dunbar, 6719 South Oglesby Avenue, Chicago, IL 60649

Acct.#(None)  $1.00
2005 Year
☒ Consumer

☒ Debtor 1 Only

**4.17** Englewood Health Clinic - of Medicare Insurance Illinois, 1375 E. Schaumburg Road, Schaumburg, IL 60194 (c/o Patient Accounts)

Acct.#(None)  $1.00
2005 Year
☒ Consumer

☒ Debtor 1 Only

(3)

Additional pages Amended 12/18/2017 Form 106EF

IN THE U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN Re: MARQUITA M. PALMER, DEBTOR

Case No. 17 B 36635
Chapter 13
Courtroom 742
Judge Doyle

(NONPRIORITY UNSECURED CLAIMS CONTINUATION PAGES)
AS FOLLOWS: FOUR PAGE OF FIVE

[4.18] Federal Student Aid Accounting (C/O Loop College Chicago City) 30 East Lake Street, Chicago, IL 60601
☒ Debtor 1 Only
Acct. No. (1437)(Student) (00103,437) $1.00
2005 YEAR
☒ CONSUMER

[4.19] Guitar Center, Accounting Dept, PO BOX 4769, Westlake Village, Illinois 91359.
☒ Debtor 1 Only
2005 YEAR  $1.00
☒ CONSUMER

[4.20] HFC Funding-ECAST Settlement Corp. HSBC, INC. (USA) For/CO- P.O. BOX 35489, Newark, NJ 07193-5480
☒ Debtor 1 Only
$1.00
2005 YEAR
☒ CONSUMER

[4.21] Home Depot, PO BOX 469046, Escodido, CA 92046
☒ Debtor 1 Only
$1.00
2005 YEAR
☒ CONSUMER

[4.22] Marathon Gas Station #1 (CITCO) C/O MIKE ABDEL (Manager of) 130 East 75th Street, Chicago, IL 60619
☒ Debtor 1 Only
$1.00
Acct No. (None)
2005 YEAR
☒ CONSUMER

[4.23] Marathon Gas Station #2 (MARATHON) C/O MIKE (STATE) TONY MANAGER (JWN) 7050 S. King Drive Street, Chicago, IL 60619
☒ Debtor 1 Only
$1.00
Acct. No (None)
2005 YEAR
☒ CONSUMER
MP-ERROR 12/18/2017

(4)

Additional Page(s)
Amended
Form 106 E/F
12/18/2017

IN THE US BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN Re: MARQUITA PALMER,
           Debtor

CASE NO. 17B36635
CHAPTER 13
COURTROOM 742
JUDGE DOYLE

(Nonpriority Unsecured Claims Continuation Pages)
As follows: Page Five OF Five

**4.24** Medicare CMS, Premium, PO BOX 145482, Cincinnati, Ohio 45250-5280 AND STATE with medicare, PO BOX 39, Lawrence, KS 66044 (Billing/Exc Office).
Acct. NO. (-4235) $1.00
2005 YEAR
☒ CONSUMER
☒ DEBTOR 1 ONLY

**4.25** Mevin Harthorn, 4711 West Maypole Street, Chicago, IL 60644.
Acct. NO. (None) $1.00
2005 YEAR
☒ CONSUMER
☒ DEBTOR 1 ONLY

**4.26** Olive Cosey, 7416 South Indiana Av, Chicago, IL 60619
Acct. NO. (None) $1.00
2005 YEAR
☒ CONSUMER
☒ DEBTOR 1 ONLY

**4.27** Paris Cleaners, 301 East 75th Street, Chicago, IL 60619
Acct. NO. (None) $1.00
2005 YEAR
☒ CONSUMER
☒ DEBTOR 1 ONLY

**4.28** PEOPLES GAS & PEOPLES ENERGY, ATTN: BANKRUPTCY, PO BOX 19100, GREEN BAY, WI 54307-9003 (USE: PO BOX 2968, Milwaukee, WI 53201-2968).
Acct. NO. (9099) AND # 06645225213-00001 $1.00
2005 YEAR
☒ CONSUMER
☒ DEBTOR 1 ONLY

**4.29** PLS LOAN STORE, 1215 East 87th Street, Chicago, IL 60619.
Acct. NO $1.00
2005 YEAR
☒ CONSUMER
DEBTOR 1 ONLY

(5)

Additional pages
Amended
Form 106E/F
12/18/2017

IN THE US BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN Re: MARQUITA PALMER,
　　　　　DEBTOR

CASE NO. 17B 36635
CHAPTER 13
COURTROOM 742
Judge Doyle

(NONPRIORITY UNSECURED CLAIMS CONTINUATION PAGES)
AS FOLLOWS: PAGE SIX OF 5 (TOTAL SIX PAGES)

**4.30** Reeder Heating & Cooling    $1.00
MP  3463 South Archer Ave.    Acct. (None)
12/1/17  Avenue, Chicago, IL 60608    2005 YEAR
☒ Debtor 1 only    ☒ Consumer

**4.38** Zenith Acquisition    $1.00
Acct.
2005 YEAR
☒ Debtor 1 only

**4.31** Shore Bank/Urban Trust    Acct. $1.00 (4.77)
  Bank Commercial Lending    2005 YR.
  Corporation, 7054 South    ☒ Consumer
  Jeffrey Blvd., Chicago, IL 60649    $1.00
☒ Debtor 1 only    Acct. (None)

**4.39** the Zone store    $1.00
Acct.
2005 YEAR
☒ Debtor 1 only

**4.32** State Farm Insurance    40
  Company, 515 East 79th    (TOTAL 39 CREDITORS
  Street, Chicago, IL 60619-    ☒ Consumer    listed Follows FROM
  3001. only    14B 37229):
☒ Debtor 1 only

**4.33** Springleaf Financial SVCS, INC.    $1.00
  PO Box 3251, Evans    Acct. (8922)
    2005 YEAR
☒ Consumer
☒ Debtor 1 only    MP
    12/18/2017

**4.34** Trustee-US Bankruptcy Court
  Chapter 13 Trustee (17B 36635)    Assignee
  55 East Monroe Street, Ste.    $1.00
  3850 (38th Floor) Chicago, IL    (Acct. 17B 36635)
  60603    2005 YEAR
☒ Debtor 1 only    ☒ Consumer

**4.35** Verizon Wireless-    $1.00    MP
  Midland Credit Management,    Acct. (None)   12/1/2017
  Bankruptcy, PO Box 3397, Blooming-    2005 YEAR    (error)
  ton, IL 61702    ☒ Consumer
☒ Debtor 1 only    $1.00

**4.36** Zees Dollar Store    Acct. (None)
  and Food, Corner of 75th    2005 YEAR
  King Drive (Vacant Lot),    ☒ Consumer
  Chicago, IL 60619    $1.00
☒ Debtor 1 only

**4.37** Zelma Hodge,    Acct. (None)
  7417 South Indiana Av,    2005 YEAR
  Chicago, IL 60619- AND ZEE'S
  (375 E. 75th Street,
  Chicago, IL 60619) ☒ Consumer
☒ Debtor 1 only

⑥    (PAGES 1-6).